**Douglas A. LEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69574.**

Missouri Court of Appeals,
Western District.

April 28, 2009.

Craig A. Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, John W. Grantham, Jefferson City, MO, for respondent.

Before DIV I: JAMES E. WELSH, P.J., VICTOR C. HOWARD, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Douglas A. Lee pled guilty to one count of forcible rape and one count of statutory rape. He appeals the circuit court's judgment, after an evidentiary hearing, denying his motion for post-conviction relief under Rule 24.035. Lee claims he received ineffective assistance of counsel in connection with his plea, because his attorney gave him erroneous advice as to whether he would be required to serve 85% of his sentence for forcible rape pursuant to § 558.019.3, RSMo. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

■

**Gary CULBERTSON, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 69001.**

Missouri Court of Appeals,
Western District.

April 28, 2009.

Gary Culbertson, Jefferson City, pro se.

Shaun J. Mackelprang, James Rasmussen, Jefferson City, MO, for respondent.

Before DIV II: LISA WHITE HARDWICK, Presiding Judge, HAROLD L. LOWENSTEIN and VICTOR C. HOWARD, JJ.

### ORDER

PER CURIAM.

Gary Culbertson appeals the denial of his Rule 75.01 motion to re-open post-conviction proceedings. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit court's judgment. Rule 84.16(b).